■ In the Matter of TAHJAE K., a Person Alleged to be a Juvenile Delinquent, Appellant. [997 NYS2d 64]—

Order of disposition, Family Court, Bronx County (Gayle P. Roberts, J.), entered on or about January 13, 2014, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts that, if committed by an adult, would constitute the crimes of robbery in the third degree, grand larceny in the fourth degree, criminal possession of stolen property in the fifth degree, and menacing in the third degree, and placed him on probation for a period of 13 months, unanimously affirmed, without costs.

The finding was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations regarding credibility and identification. The victim testified credibly that during the robbery he could see appellant clearly, from inches away, and that the incident lasted long enough for the two to have numerous verbal exchanges. Moreover, the victim's ability to make a reliable identification was enhanced by the fact that he had seen appellant many times before the robbery, often for long periods of time, and appellant's challenges to this evidence are unavailing. Concur—Gonzalez, P.J., Mazzarelli, Manzanet-Daniels, Gische and Clark, JJ.